Carroll, }
Dec., 1897. }

### Conway Savings Bank *v.* Dow & a.

Chase, J. The question reserved is decided in *Conway Savings Bank* v. *Dow, ante, p.* 228.

*Case discharged.*

Clark, J., did not sit : the others concurred.

*John C. L. Wood,* for the plaintiffs.

*Worcester, Gafney & Snow* and *John B. Nash,* for the defendants.

---

Hillsborough, }
June, 1898. }

### Tucker, *Trustee, v.* New Hampshire Trust Co.

Petition, for a decree of priority for the plaintiff's claims against all the assets in the hands of the assignee of the New Hampshire Trust Company not subject to any specific lien. The facts appear in *Tucker* v. *Trust Co., ante, p.* 187.

*Samuel C. Eastman,* for the plaintiff.

*Oliver E. Branch,* for the defendants.

Pike, J. The plaintiff, in argument, based his petition upon questions that were determined in *Tucker* v. *Trust Co., ante, p.* 187.

*Petition dismissed.*

Blodgett, Parsons, and Peaslee, JJ., did not sit :. the others concurred.